

Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio

# MEMORANDUM OPINION

Nos. 04-08-00914-CR, 04-08-915-CR, and 04-08-916-CR

David **SAUCEDO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2007-CR-2034A, 2007-CR-3012, and 2008-CR-3427B
Honorable Juanita A. Vasquez-Gardner, Judge Presiding

PER CURIAM

Sitting:      Rebecca Simmons, Justice
               Steven C. Hilbig, Justice
               Marialyn Barnard, Justice

Delivered and Filed:   March 25, 2009

DISMISSED

Appellant has filed a motion to dismiss each of the above numbered appeals by withdrawing his notices of appeal. The motion is granted and these appeals are dismissed. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

DO NOT PUBLISH